1   BINGHAM MCCUTCHEN LLP
    ALAN R. BERKOWITZ (SBN 50112)
2   DONN P. PICKETT (SBN 72257)
    Three Embarcadero Center
3   San Francisco, CA  94111-4067
    Telephone:  (415) 393-2000
4   Facsimile:  (415) 393-2286

5   Attorneys for Plaintiff
    TRENTON H. NORRIS

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   TRENTON H. NORRIS, | No. C 04-4375 SI |
| 13             Plaintiff, | REVISED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION |
|        v. | FOR DEFAULT JUDGMENT AND |
| 14   LOUIS E. VARELA NEVAER, | FOR AN AWARD OF ATTORNEYS' FEES |
| 15            Defendant. | |
| 16 | Date:       June 3, 2005 |
| | Time:       9:00 a.m. |
| 17 | Place:      Courtroom 10, 19th Floor |
| | Judge:      Hon. Susan Illston |
| 18 | |

19          Plaintiff Trenton H. Norris' Motion For Default Judgment And For An Award of

20   Attorneys' Fees came on regularly for hearing in this Court on  June 3, 2005.  The Court, having

21   considered Plaintiff's Motion and supporting documents, the documentary evidence, the papers

22   presented in opposition to the motion, the argument presented at the hearing, and good cause

23   appearing, the Court HEREBY ORDERS THAT:

24          1.      Plaintiff Trenton H. Norris' Motion For Default Judgment is **GRANTED**.

25          2.      Plaintiff Trenton H. Norris' Motion For an Award Of Attorneys' Fees is

26   **GRANTED**.

                                                          Case No. C 04-4375 SI

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FOR AN
                     AWARD OF ATTORNEYS' FEES

1        3.        Defendants Louis E. Varela Nevaer is liable to Norris for compensatory

2  damages in the amount of $50,000.

3        4.        Defendants Louis E. Varela Nevaer is liable to Norris for punitive

4  damages in the amount of $50,000

5        5.        Defendant Louis E. Varela Nevaer is liable to Norris for attorneys' fees in

6  the amount of $159,502.

7        6.        Defendant Louis E. Varela Nevaer is ordered to abide by terms of the

8  following permanent injunction:

9, 10     (a)    Mr. Nevaer shall not come within 100 yards of Mr. Norris or Mr. Norris' home or work address;

11, 12    (b)    Mr. Nevaer shall not come within 100 yards of any person who Mr. Nevaer knows or should know is a relative, domestic partner, co-worker, client, or neighbor of Mr. Norris', or any such person's home or work address;

13, 14    (c)    Mr. Nevaer shall not contact (directly, indirectly, using an alias, or using an agent) Mr. Norris in any manner (including, but not limited to, by telephone, e-mail, letter, or in person) for any purpose;

15, 16, 17  (d)    Mr. Nevaer shall not contact (directly, indirectly, using an alias, or using an agent) any relative, domestic partner, co-worker, client, or neighbor of Mr. Norris' in any manner (including, but not limited to, by telephone, e-mail, letter, or in person) for the purpose of stalking, defaming, or harassing them or Mr. Norris; and

18        (e)    Mr. Nevaer shall not impersonate Mr. Norris or use his identity in any way;

19        (f)    Mr. Nevaer shall not impersonate or use the identity of any person to in any way comment on Mr. Norris;

20, 21, 22  (g)    Mr. Nevaer shall not transmit or cause to be transmitted to any person (including but not limited to e-mail messages, oral conversations, fliers, press releases, and letters) any personal information about Mr. Norris, including but not limited to any photograph, home or work address, general location, telephone number, or any other identifying or contact information;

23, 24, 25, 26  (h)    Mr. Nevaer shall not transmit or cause to be transmitted to any person (including but not limited to e-mail messages, oral conversations, fliers, press releases, and letters) any personal information about any relative, domestic partner, co-worker, client, or neighbor of Mr. Norris, including but not limited to any photograph, home or work address, general location, telephone number, or any other identifying or contact information;

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FOR AN
AWARD OF ATTORNEYS' FEES

1   (i)   Mr. Nevaer shall not make or publish any false statements (including falsified quotations of third parties) or misleading or defamatory statements about Mr.
2   Norris, including but not limited to publication on the internet;

3   (j)   Mr. Nevaer shall not make or publish any false statements (including falsified quotations of third parties) or misleading or defamatory statements about any
4   relative, domestic partner, co-worker, client, or neighbor of Mr. Norris', including but not limited to publication on the internet;

5

6   (k)   Mr. Nevaer shall permanently take down any existing postings regarding Mr. Norris on any website controlled by Mr. Nevaer; including but not limited to those on www.boycottsanfrancisco.com; and

7

8   (l)   Mr. Nevaer shall permanently take down any existing postings regarding any relative, domestic partner, co-worker, client, or neighbor of Mr. Norris' on any website controlled by Mr. Nevaer; including but not limited to those on www.boycottsanfrancisco.com.

9

10   **IT IS SO ORDERED.**

11

DATED: _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3     Case No. C 04-4375 SI

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FOR AN AWARD OF ATTORNEYS' FEES